| | |
|---|---|
| 1 | GEOFFREY PILLER, SBN 127001 |
| 2 | TEAGUE PATERSON, SBN 226659 |
|   | BEESON, TAYER & BODINE, APC |
| 3 | 1404 Franklin Street, Fifth Floor |
|   | Oakland, CA 94612 |
| 4 | Telephone: 510/625-9700 |
| 5 | Facsimile: 510/625-8275 |
| 6 | ALBERT BRUNDAGE, SBN 19401 |
|   | LAW OFFICES OF ALBERT BRUNDAGE |
| 7 | 1621 Market Street |
|   | San Francisco, CA 94103 |
| 8 | Telephone: 415/626-2000 |
| 9 | Facsimile: 415/626-2009 |
| 10 | Attorneys for Plaintiff UNITED ASSOCIATION |
| 11 | OF JOURNEYMEN AND APPRENTICES |
|    | OF THE PLUMBING AND PIPE FITTING |
| 12 | INDUSTRY LOCAL 38 |
| 13 | JOHN M. SKONBERG, CSBN 069409 |
| 14 | RONALD D. ARENA, CSBN 218421 |
|    | LITTLER MENDELSON |
| 15 | A Professional Corporation |
|    | 650 California Street, 20th Floor |
| 16 | San Francisco, CA 94108.2693 |
| 17 | Telephone: 415.433.1940 |
|    | Attorneys for Defendant |
| 18 | YORK INTERNATIONAL |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY LOCAL 38, | Case No. C05-02710 PJH |
|   | **STIPULATION OF DISMISSAL AND ORDER** |
| Plaintiff and Cross-Defendant, | |
| v. | |
| YORK INTERNATIONAL, | |
| Defendant and Cross-complainant. | |

STIPULATION OF DISMISSAL OF ACTION
C-05-02710 (PJH)

1

1   WHEREAS an action was commenced by Plaintiff and Cross Defendant UNITED
2   ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE
3   FITTING INDUSTRY LOCAL 38 ("Plaintiff") to enforce an arbitration award, a copy of which
4
5   is attached hereto as Exhibit A ("Arbitration Award"); and

6   WHEREAS Defendant and Cross-Complainant YORK INTERNATIONAL
7   ("Defendant") brought a Cross-Complaint to vacate the Arbitration Award.

8   IT IS HEREBY STIPULATED by and between the parties through their designated
9
10  counsel to these actions that the above-captioned actions, consisting of Plaintiff's Complaint and
11  Defendant's Cross-Complaint are hereby dismissed with prejudice pursuant to FRCP 41(a)(1),
12  and that the parties shall bear their own costs and fees.

13  The parties further agree that no further action will be taken with respect to the
14
15  enforcement of the Arbitration Award. The parties further agree that the Arbitration Award shall
16  have no force or precedential effect, and that the grievance underlying the Arbitration Award
17  shall be, and is hereby, withdrawn with prejudice.

18  Dated: January ___, 2006                Respectfully Submitted,
19
20                                          By: _____
21                                              TEAGUE P. PATERSON
                                                BEESON, TAYER & BODINE, APC
22                                          Attorneys for Plaintiffs UA LOCAL 38
23
24
25  Dated: January ___, 2006                By: _____
                                                RONALD D. ARENA
26                                              LITTLER MENDELSON, P.C.
27                                          Attorneys for Defendant
                                            YORK INTERNATIONAL
28

STIPULATION OF DISMISSAL OF ACTION                                          2
C-05-02710 (PJH)

1  SO ORDERED

2  Dated January 20, 2006

```
_____
HON. PHYLLIS J. HAMILTON
JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA
```

6  Firmwide:80721286.1 048470.1004